| | |
|---|---|
| 1 | JOHN C. BROWN (State Bar # 195804) |
| 2 | Redenbacher & Brown, LLP |
|   | 388 Market Street, Suite 500 |
| 3 | San Francisco, California 94111 |
|   | Phone:  (415) 409-8600 |
| 4 | Fax:  (415) 409-0600 |
|   | Email: jbrown@redbrownlaw.com |
| 5 | |
|   | Attorneys for Plaintiff, STEVEN T. KIRSCH |

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
388 Market Street, Suite 500
San Francisco, California 94111
Phone:  (415) 409-8600
Fax:  (415) 409-0600
Email: jbrown@redbrownlaw.com

Attorneys for Plaintiff, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. KIRSCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VISION LAB TELECOMMUNICATIONS, INC., a Florida corporation;<br>AMIN EL-GAZZAR;<br>PASQUALE GIORDANO;<br>JUDD BRAZER,<br><br>　　　　Defendants. | C 05-02550 SBA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties to this action, by and through their respective counsel, hereby stipulate, agree and request that the Case Management Conference, set by the Court on October 20, 2005, at 2:30 p.m., be continued to a date following the resolution of the F.R.C.P. 12(b) and 12(e) motions, currently set for hearing on December 6, 2005, and that all of the parties' obligations keyed on the Case Management Conference date be accordingly continued.

1

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE; C 05-02550 SBA

1
2    "Good cause" for the request for the continuance of the Case Management Conference is
3    set forth in the Declaration of John C. Brown, attached hereto and served herewith.
4
5
6    Date:   September 27, 2005            REDENBACHER & BROWN, LLP
7                                          By _____\s_____
                                            JOHN C. BROWN
8                                           Attorneys for Plaintiff
9
10   Date    September 27, 2005            WINSTON & STRAWN LLP
11                                         By _____\s_____
                                            JENNIFER GOLINVEAUX
12                                          Attorneys for Defendants
13
14   PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference in this
15   matter, currently set for October 20, 2005 at 2:30 p.m., be continued to December 6, 2005 to
16   immediately follow the hearing on the parties' scheduled motions. The parties' obligations
17   regarding Initial Disclosures, preparation of a Case Management Conference statement, and
18   Alternative Dispute Resolution selection be continued accordingly.
19
20   Dated:  10/3/05                        _____Saundra B. Armstrong_____
21                                          THE HONORABLE SAUNDRA B. ARMSTRONG
22
23
24
25
26
27
28

                                                                                              2