Timothy J. Rivelli (Illinois Bar No. 3124639) *(Admitted pro hac vice)*
Blaine C. Kimrey  (Illinois Bar No. 6279625) *(Admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Telephone:	312-558-5600
Facsimile:	312-558-5700

Jennifer A. Golinveaux (SBN: 203056)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:	415-591-1000
Facsimile:	415-591-1400
Email: jgolinveaux@winston.com

Attorneys for Defendants
VISION LAB TELECOMMUNICATIONS, INC.,
AMIN EL-GAZZAR, PASQUALE GIORDANO, and
JUDD BRAZER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. KIRSCH,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISION LAB TELECOMMUNICATIONS, INC., a Florida corporation; AMIN EL-GAZZAR; PASQUALE GIORDANO; and JUDD BRAZER,<br><br>    Defendants. | No. C 05-02550 SBA<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties to this action, by and through their respective counsel, hereby stipulate, agree and respectfully request that the Case Management Conference, currently set for December 6, 2005, be continued to a date not sooner than thirty days following the resolution of Defendants' pending Fed. R. Civ. Proc. 12(b) and 12(e) motions and that the parties' obligations regarding preparation of a Case Management Statement and Initial Disclosures and participation in Alternative Dispute Resolution be accordingly continued.

As set forth in the accompanying Declaration of Jennifer A. Golinveaux, the Case

**STIPULATION AND ORDER TO FURTHER CONTINUE**        **1**
**CASE MANAGEMENT CONFERENCE  -  C 05-02550 SBA**

1  Management Conference was originally set for October 20, 2005. The parties previously
2  requested an order continuing the Case Management Conference and related dates to a date after
3  the Court's ruling on the pending motions. On October 3, 2005, the Court granted a continuance
4  but scheduled the Case Management Conference for December 6, 2005, immediately following the
5  1 p.m. hearing on Defendants' scheduled motions. *See* October 3, 2005 Order Continuing Case
6  Management Conference. Because the Court's disposition of the pending motions could
7  significantly affect the scheduling for this case, as well as the scope of the parties' Initial
8  Disclosures, the parties seek a further extension of the Case Management Conference to a date not
9  sooner than thirty days following the resolution of Defendants' pending motions, with the parties'
10 obligations regarding preparation of a Case Management Conference statement and Initial
11 Disclosures and participation in Alternative Dispute Resolution to be continued accordingly.

12 Dated: October 7, 2005                     WINSTON & STRAWN LLP

                                              By:   /s/ Jennifer A. Golinveaux
                                                    Jennifer A. Golinveaux
                                                    Attorneys for Defendants
                                                    VISION LAB
                                                    TELECOMMUNICATIONS, INC.,
                                                    AMIN EL-GAZZAR, PASQUALE
                                                    GIORDANO, and JUDD BRAZER

19 Dated: October 7, 2005                     REDENBACHER & BROWN, LLP

                                              By:   /s/ John C. Brown
                                                    John C. Brown
                                                    Attorneys for Plaintiff
                                                    STEVEN T. KIRSCH

                             ATTESTATION OF CONCURRENCE

I, Jennifer A. Golinveaux, declare under penalty of perjury that concurrence in the filing of this
document has been obtained from John C. Brown, attorney for Plaintiff.

**STIPULATION AND ORDER TO FURTHER CONTINUE**            **2**
**CASE MANAGEMENT CONFERENCE - C 05-02550 SBA**

1   Date: October 7, 2005            By:    /s/ Jennifer A. Golinveaux
2                                           Jennifer A. Golinveaux

3

4

5   PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference in this

6   matter, currently set for December 6, 2005, be continued to January 11, 2006 at 2:30 p.m. and that

7   the parties' obligations regarding preparation of a Case Management Conference statement and

8   Initial Disclosures and participation in Alternative Dispute Resolution be continued accordingly.

9   Dated:  October 17, 2005                    _____
                                                THE HONORABLE SAUNDRA B. ARMSTRONG

**STIPULATION AND ORDER TO FURTHER CONTINUE**         **3**
**CASE MANAGEMENT CONFERENCE  -  C 05-02550 SBA**