IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. KIRSCH,<br><br>    Plaintiff,<br><br>v.<br><br>VISION LAB TELECOMMUNICATIONS, INC., a Florida corporation; AMIN EL-GAZZAR; PASQUALE GIORDANO; and JUDD BRAZER<br><br>    Defendants. | No. C 05-2550 SBA<br><br>**ORDER**<br><br>[Docket Nos. 7, 8 & 9] |

On September 23, 2005, Defendants Amin El-Gazzar, Pasquale Giordano and Judd Brazer ("Individual Defendants") and Vision Lab Telecommunications, Inc. filed a Motion to Dismiss Plaintiff's Complaint Under Federal Rule of Civil Procedure Rule 12(b)(6) and Motion for More Definite Statement Under Federal Rule of Civil Procedure 12(e) [docket no. 8], and a Motion to Stay Discovery [docket no. 9]. Also on September 23, 2005, the Individual Defendants filed a Federal Rule of Civil Procedure 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction [docket no. 7]. All Defendants' motions were noticed for hearing on December 6, 2005. On November 19, 2005 Plaintiff filed a First Amended Complaint [docket no. 34]. Defendants' above-referenced Rule 12 motions therefore now pertain to a complaint that is no longer operative as it has been superceded by the First Amended Complaint.

Good cause appearing,

IT IS HEREBY ORDERED THAT Defendants' above-referenced Rule 12 motions are DENIED as moot. In their Motion to Stay Discovery, Defendants request the Court to stay

1  discovery in this case pending the resolution of Defendants' Rule 12 motions.  As the Rule 12
2  motions have been denied by the Court, the Motion to Stay is rendered moot.  Consequently, this
3  Court hereby DENIES Defendants' Motion to Stay.
4      IT IS FURTHER ORDERED THAT the Case Management Conference in this matter is
5  CONTINUED to **February 15, 2006 at 2:30 p.m.**

8      IT IS SO ORDERED.

10  Dated: 11/23/05                    SAUNDRA BROWN ARMSTRONG
                                       United States District Judge