Timothy J. Rivelli (Illinois Bar No. 3124639) *(Admitted pro hac vice)*
Blaine C. Kimrey (Illinois Bar No. 6279625) *(Admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Telephone:    312-558-5600
Facsimile:    312-558-5700

Jennifer A. Golinveaux (SBN: 203056)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: jgolinveaux@winston.com

Attorneys for Defendants
VISION LAB TELECOMMUNICATIONS, INC.,
AMIN EL-GAZZAR, PASQUALE GIORDANO, and
JUDD BRAZER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. KIRSCH,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISION LAB TELECOMMUNICATIONS, INC., a Florida corporation; AMIN EL-GAZZAR; PASQUALE GIORDANO; and JUDD BRAZER,<br><br>    Defendants. | No. C 05-02550 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 15, 2006** |

The parties to this action, by and through their respective counsel, hereby stipulate, agree and respectfully request that the Case Management Conference, currently set for February 15, 2006, be continued to a date not sooner than thirty days following the resolution of Defendants' pending Fed. R. Civ. Proc. 12(b) motions and that the parties' obligations regarding preparation of a Case Management Statement and Initial Disclosures and participation in Alternative Dispute Resolution be accordingly continued.

**STIPULATION AND [PROPOSED] ORDER TO FURTHER        1
CONTINUE CASE MANAGEMENT CONFERENCE
CURRENTLY SET FOR FEB. 15, 2006 -  C 05-02550 SBA**

1  On November 23, 2005, the Court issued an order denying as moot Defendants' pending Fed. R. Civ. P. Rule 12 motions because of Plaintiff's filing of a First Amended Complaint, and reset the Case Management Conference for this case to 2:30 p.m. February 15, 2006, to be held telephonically.

As set forth in the accompanying Declaration of Jennifer A. Golinveaux, on December 6, 2006 Defendants filed Fed. R. Civ. P. Rule 12(b)(2) and Rule 12(b)(6) motions to dismiss Plaintiff's First Amended Complaint. Because the Court's disposition of these Rule 12 motions could significantly affect the scheduling for this case, as well as the scope of the parties' Initial Disclosures, the parties seek a further extension of the Case Management Conference to a date not sooner than thirty days following the resolution of Defendants' Rule 12 motions to dismiss the First Amended Complaint, with the parties' obligations regarding preparation of a Case Management Conference statement and Initial Disclosures and participation in Alternative Dispute Resolution to be continued accordingly.

Dated: December 7, 2005                WINSTON & STRAWN LLP

By:  /s/ Jennifer A. Golinveaux
     Jennifer A. Golinveaux
     Attorneys for Defendants
     VISION LAB TELECOMMUNICATIONS, INC., AMIN EL-GAZZAR, PASQUALE GIORDANO, and JUDD BRAZER

**STIPULATION AND [PROPOSED] ORDER TO FURTHER        2
CONTINUE CASE MANAGEMENT CONFERENCE
CURRENTLY SET FOR FEB. 15, 2006 - C 05-02550 SBA**

| | |
|---|---|
| Dated: December 7, 2005 | REDENBACHER & BROWN, LLP |

By: /s/ John C. Brown
     John C. Brown
     Attorneys for Plaintiff
     STEVEN T. KIRSCH

ATTESTATION OF CONCURRENCE

I, Jennifer A. Golinveaux, declare under penalty of perjury that concurrence in the filing of this document has been obtained from John C. Brown, attorney for Plaintiff.

Date: December 7, 2005     By:  /s/ Jennifer A. Golinveaux
                                                 Jennifer A. Golinveaux

PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference in this matter, currently set for February 15, 2006, be continued to _____, 2006 at ____ p.m. and that the parties' obligations regarding preparation of a Case Management Conference statement and Initial Disclosures and participation in Alternative Dispute Resolution be continued accordingly.

# DENIED

Dated: 12/12/05                     _____
                                              THE HONORABLE SAUNDRA B. ARMSTRONG