JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
388 Market Street, Suite 500
San Francisco, California 94111
Phone:  (415) 409-8600
Fax:  (415) 409-0600
Email: jbrown@redbrownlaw.com

Attorneys for Plaintiff, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN T. KIRSCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VISION LAB TELECOMMUNICATIONS, INC., a Florida corporation;<br>AMIN EL-GAZZAR;<br>PASQUALE GIORDANO;<br>JUDD BRAZER,<br><br>　　　　Defendants. | C 05-02550 SBA<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES AND PROPOSED ORDER ALLOWING FILING OF OPPOSITION BRIEF IN EXCESS OF 25 PAGES** |

　　　　Plaintiff STEVEN T. KIRSCH hereby applies for leave of Court *ex parte* for an Order allowing him to file a brief in excess of 25 pages in response to five 12b6 Motions filed by defendants and set for hearing before this Court on January 24, 2006.  Specifically, plaintiff requests permission to file a memorandum of no more than 27 pages.

　　　　This request is made pursuant to Local Rule 7-4(b), which provides the authority for the request of permission to file a brief greater than 25 pages:

> Unless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text
> . . .

PLAINTIFF'S EX PARTE APPLICATION AND PROPOSED ORDER ALLOWING FILING OF OPPOSITION BRIEF IN EXCESS OF 25 PAGES; C 05-02550 SBA

1

1 The Hon. Saundra B. Armstrong's Standing Order ¶ C provides further authority for this
2 request:

> Opening and opposition briefs exceeding twenty-five (25) pages and reply briefs exceeding fifteen (15) pages may be filed only with leave of the Court seven (7) days before the filing date of the motion. See Civil L.R. 7-4(b).

As plaintiff could not have anticipated the need to file a 27 page brief prior to the filing of the Motion, plaintiff requests leave of Court greater than 7 days before the filing of the Opposition to the motion. The Opposition is due on January 3, 2006.

The undersigned counsel has advised counsel for defendants that such an *ex parte* request will be made to this Court. Defendants' counsel has stated that it does not oppose the request. The requested Order is necessary to allow plaintiff to present his complete arguments in opposition to the Motions. Further "good cause" for the granting of such Order is set forth in the accompanying Declaration of John C. Brown.

Wherefore, plaintiff respectfully requests that the Court allow the filing of a Memorandum of 27 pages.

Date:   December 9, 2005                REDENBACHER & BROWN, LLP

                                        By _____\s_____
                                        JOHN C. BROWN
                                        Attorneys for Plaintiff

2

PLAINTIFF'S EX PARTE APPLICATION AND PROPOSED ORDER ALLOWING FILING OF OPPOSITION BRIEF IN EXCESS OF 25 PAGES; C 05-02550 SBA

**ORDER**

Having considered plaintiff's *ex parte* application for the filing of a Memorandum of 27 pages in Opposition to 12b6 motions, and finding good cause therefore,

IT IS HEREBY ORDERED that plaintiff be allowed to file a Memorandum of 27 pages in Opposition to 12b6 motions filed by defendants and set for hearing before this Court on January 24, 2006.

Dated:  12/13/05                                      _____/s/ Saundra B. Armstrong_____
                                                                 THE HONORABLE SAUNDRA B. ARMSTRONG

3

PLAINTIFF'S EX PARTE APPLICATION AND PROPOSED ORDER ALLOWING FILING OF OPPOSITION BRIEF IN EXCESS OF 25 PAGES; C 05-02550 SBA