JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
388 Market Street, Suite 500
San Francisco, California 94111
Phone:  (415) 409-8600
Fax:  (415) 409-0600
Email: jbrown@redbrownlaw.com

Attorneys for Plaintiff, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. KIRSCH,<br><br>         Plaintiff,<br><br>     vs.<br><br>VISION LAB TELECOMMUNICATIONS, INC., a Florida corporation;<br>AMIN EL-GAZZAR;<br>PASQUALE GIORDANO;<br>JUDD BRAZER,<br><br>         Defendants. | C 05-02550 SBA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SETTING SETTLEMENT<br>CONFERENCE FOR MARCH 7, 2006** |

The parties to this action, by and through their respective counsel, hereby stipulate, agree and request that the settlement conference in this matter occur before Magistrate Wayne D. Brazil on March 7, 2006 per the request of Magistrate Brazil.

Date:   February 8, 2006            REDENBACHER & BROWN, LLP

                                    By _____\s_____
                                    JOHN C. BROWN
                                    Attorneys for Plaintiff


Date    February 8, 2006            WINSTON & STRAWN LLP

                                    By _____\s_____
                                    BLAINE KIMREY
                                    Attorneys for Defendants

1

1  PURSUANT TO STIPULATION, IT IS ORDERED that the settlement conference in this matter
2  be continued to March 7, 2006 per the request of Magistrate Brazil.
3
4
   Dated:  2/9/06                                    _____
5                                                    THE HONORABLE SAUNDRA B. ARMSTRONG

2