1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Steven T. Kirsch,                                    No. C 05-2550 SBA (WDB)

              Plaintiffs,                       ORDER EXCUSING JUDD BRAZER
                                                     FROM PERSONAL ATTENDANCE AT
                                                     THE MARCH 7, 2006, SETTLEMENT
    v.                                           CONFERENCE

Vision Lab Telecommunications, Inc.,

              Defendants.
_____/

      Defendant Judd Brazer, pursuant to Part IV.D of the undersigned's Settlement Conference

Standing Order, has submitted a letter requesting that he be excused from personally appearing

at the settlement conference scheduled in this case for March 7, 2006.

      Upon consideration of Mr. Brazer's submission, there is good cause to excuse Mr. Brazer

from personal attendance, and Mr. Brazer's request is hereby granted.  Mr Brazer, however, is

expected to be available by phone during the entire settlement conference.

IT IS SO ORDERED.

Dated: February 27, 2006                    _____
                                            /s/ Wayne D. Brazil
                                            WAYNE D. BRAZIL
                                            United States Magistrate Judge

cc: parties,
SBA, WDB

1