UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven T. Kirsch, | No. C 05-2550 SBA (WDB) |
| Plaintiffs, | ORDER DENYING REQUEST OF AMIN EL-GAZZAR TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE MARCH 7, 2006, SETTLEMENT CONFERENCE |
| v. | |
| Vision Lab Telecommunications, Inc., | |
| Defendants. _____ / | |

Defendant Amin El-Gazzar, pursuant to Part IV.D of the undersigned's Settlement Conference Standing Order, has submitted a letter requesting that he be excused from personally appearing at the settlement conference scheduled in this case for March 7, 2006. Plaintiff opposes his request.

Upon consideration of Mr. El-Gazzar's submission and plaintiff's opposition, Mr. El-Gazzar has not demonstrate good cause to excuse his personal attendance, and Mr. El Gazzar's request is hereby DENIED.

Mr. El-Gazzar's appearance in person at the settlement conference pursuant to this court's order does not constitute a "contact" with California that is relevant to personal jurisdiction.

IT IS SO ORDERED.

Dated: February 27, 2006            /s/ Wayne D. Brazil
                                    WAYNE D. BRAZIL
                                    United States Magistrate Judge

cc: parties,
SBA, WDB

1