UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven T. Kirsch,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Vision Lab Telecommunications, Inc.,<br><br>　　　　Defendants.<br>_____/ | No. C 05-2550 SBA (WDB)<br><br>ORDER DENYING REQUEST OF THOMAS WAWRA TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE MARCH 7, 2006, SETTLEMENT CONFERENCE |

　　　Defendant Thomas Wawra, pursuant to Part IV.D of the undersigned's Settlement Conference Standing Order, has submitted a letter requesting that he be excused from personally appearing at the settlement conference scheduled in this case for March 7, 2006. Plaintiff opposes his request.

　　　Upon consideration of Mr. Wawra's submission and plaintiff's opposition, Mr. Wawra has not demonstrate good cause to excuse his personal attendance, and Mr. Wawra's request is hereby DENIED.

　　　Mr. Wawra's appearance in person at the settlement conference pursuant to this court's order does not constitute a "contact" with California that is relevant to personal jurisdiction. IT IS SO ORDERED.

Dated: February 27, 2006　　　　　　　/s/ Wayne D. Brazil
　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc: parties,
SBA, WDB

1